IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHELBY GATES, | § | |
| | § | No. 241, 2017 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below: Family Court |
| | § | of the State of Delaware in and |
| v. | § | for New Castle County |
| | § | |
| DIVISION OF FAMILY SERVICES, | § | File No. 16-04-07TN |
| | § | Petition No. 16-10828 |
| Respondent Below, | § | |
| Appellee. | § | File No. 16-04-08TN |
| | § | Petition No. 16-10831 |
| | § | |
| | § | File No. 16-04-09TN |
| | § | Petition No. 16-10836 |

Submitted: January 10, 2018
Decided: February 19, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## O R D E R

This 19th day of February 2018, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Family Court should be affirmed on the basis of and for the reasons assigned by the Family Court in its order dated May 24, 2017.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Family Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice